UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL SPACK, TABITHA SCHMIDT, Individually and on behalf of all others Similarly situated, as Collective representative,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>TRANS WORLD ENTERTAINMENT CORPORATION and RECORD TOWN, INC.<br><br>　　　　Defendants. | Case No. 1:17-cv-1335-TJM-CFH |
| NATASHA ROPER, Individually and On behalf of all others similarly situated, as Collective representative,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TRANS WORLD ENTERTAINMENT CORPORATION and RECORD TOWN, INC.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00553-TJM-CFH |

## **AMENDED STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that no party hereto is an infant or incompetent and that the above-captioned action is voluntarily dismissed without prejudice by the following Opt-In Plaintiffs as against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without an award of fees or costs to any party:

1. John Caswell;

2. Alvin Jankowski; and

3. Shawn Paxton.

| *ATTORNEYS FOR PLAINTIFFS,*<br>*CAROL SPACK, TABITHA SCHMIDT,*<br>*Individually and on behalf of all others Similarly situated, as collective representative,*<br><br>By*: /s/ Stephan T. Mashel*<br>Stephan T. Mashel, Esq.<br>Amy Blanchfield, Esq.<br>MASHEL LAW, L.L.C.<br>500 Campus Drive, Suite 303<br>Morganville, New Jersey 07751<br>T: (732) 536-6161<br>smashel@mashellaw.com<br>ablanchfield@mashellaw.com | *ATTORNEYS FOR DEFENDANTS,*<br>*TRANS WORLD ENTERTAINMENT CORP.*<br>*AND RECORD TOWN, INC.*<br><br>By: /s/ *Christopher J. Stevens*<br>William J. Anthony, Esq.<br>Vincent E. Polsinelli, Esq.<br>Christopher J. Stevens, Esq.<br>JACKSON LEWIS, P.C.<br>677 Broadway, 9th Floor<br>Albany, NY 12207<br>T: (518) 512-8700<br>william.anthony@jacksonlewis.com<br>vincent.polsinelli@jacksonlewis.com<br>christopher.stevens@jacksonlewis.com |
|---|---|
| Dated: December 18, 2019 | Dated: December 18, 2019 |

SO ORDERED:

_____

Dated: December 20, 2019

## CERTIFICATION OF SERVICE

I hereby certify that on December 18, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Christopher J. Stevens*
Christopher J. Stevens