UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAROL SPACK, TABITHA SCHMIDT,
Individually and on behalf of all others
similarly situated, as
Collective representative,

    Plaintiffs,

v.

TRANS WORLD ENTERTAINMENT
CORPORATION and RECORD TOWN,
INC.,

    Defendants.

Case No. 1:17-cv-1335-TJM-CFH

---

NATASHA ROPER, Individually and
On behalf of all others similarly situated, as
Collective representative,

    Plaintiffs,

v.

TRANS WORLD ENTERTAINMENT
CORPORATION and RECORD TOWN,
INC.,

    Defendants.

Case No. 1:17-cv-00553-TJM-CFH

---

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND OTHER RELIEF**

For the reasons set forth in the attached Memorandum of Law in Support of this Motion, Plaintiffs' respectfully request, with Defendants' consent, this Court enter an Order:

1. Preliminarily approving the Joint Stipulation of Settlement and Release, attached as Exhibit D.

2. Provisionally certifying the settlement classes under Federal Rule of Civil Procedure 23(a) and 23(a) and 23(b)(3) and certifying the settlement collective under the FLSA for purposes of effectuating the settlement.

3. Appointing as representatives of the class Carol Spack, Tabitha Schmidt and Natasha Roper.

4. Appointing as Class Counsel Mashel Law, L.L.C. based on their qualifications as provided in the attached declaration.

5. Approving the Notices of Settlement and Fairness Hearing for the opt-in and non-opt-in Plaintiffs, attached as Exhibits E and F, and directing their distribution.

6. Preliminarily approving Class Counsel's requested fee award of 33 1/3% of the Settlement Fund.

7. Directing when Class Counsel must file a motion for final approval of the settlement sought in the Joint Stipulation.

8. Scheduling a Final Settlement Fairness Hearing.

Dated: June 16, 2020

                                        MASHEL LAW, L.L.C.
                                        Attorneys for Plaintiffs

By: _____
     STEPHAN T. MASHEL, ESQUIRE*

*admitted *pro hac vice*

**CERTIFICATION OF SERVICE**

I hereby certify that on June 16, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: June 16, 2020

                                            MASHEL LAW, L.L.C.
                                            Attorneys for Plaintiffs

                                      By: _____
                                                STEPHAN T. MASHEL, ESQUIRE