UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
CAROL SPACK, TABITHA SCHMIDT,                  :
Individually and on behalf of all others       :   Case No. 1:17-cv-1335-TJM-CFH
similarly situated, as                         :
Collective representative,                     :
                                               :
    Plaintiffs,                              :
                                               :
    v.                                       :
                                               :
TRANS WORLD ENTERTAINMENT                      :
CORPORATION and RECORD TOWN,                   :
INC.,                                          :
                                               :
    Defendants.                              :
---------------------------------------------------------X

---------------------------------------------------------X
NATASHA ROPER, Individually and                :   Case No. 1:17-cv-00553-TJM-CFH
On behalf of all others similarly situated, as :
Collective representative,                     :
                                               :
    Plaintiffs,                              :
                                               :
    v.                                       :
                                               :
TRANS WORLD ENTERTAINMENT                      :
CORPORATION and RECORD TOWN,                   :
INC.,                                          :
                                               :
    Defendants.                              :
---------------------------------------------------------X

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS SETTLEMENT**

For the reasons set forth in the attached Memorandum of Law in Support of Plaintiffs' Unopposed Motion, the Declaration of Stephan T. Mashel, Esquire, the Declaration of Michael Palitz, Esquire, Declaration of Christopher Q. Longley, and the exhibits attached hereto, Plaintiffs'

respectfully request, with Defendants' consent, this Court enter an Order: (1) certifying the Settlement Class; (2) approving the class action settlement; and (3) approving the FLSA Settlement.

Dated: March 30, 2021

                                              MASHEL LAW, L.L.C.
                                              Attorneys for Plaintiffs and
                                              Settlement Class

                                          By: _____
                                               STEPHAN T. MASHEL, ESQUIRE*

*admitted *pro hac vice*

## CERTIFICATION OF SERVICE

I hereby certify that on March 30, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: March 30, 2021

                                              MASHEL LAW, L.L.C.
                                              Attorneys for Plaintiffs and
                                              Settlement Class

By: _____
      STEPHAN T. MASHEL, ESQUIRE